FILED by CF D.C.
ELECTRONIC

Nov 8, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80209-CR-MIDDLEBROOKS-W/BRANNON

18 U.S.C. § 1001(a)(3)
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

JASON CARDINALE,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### BACKGROUND

At all times relevant to this Indictment:

1. SAMANA EXPERT FISHING CHARTERS, INC. was a company incorporated in the State of Florida on July 6, 2001, with its current principal place of business located at 6126 Wood Creek Court, Jupiter, Florida 33458.

2. **JASON CARDINALE** was the Registered Agent, Director of the Board and the Incorporator of SAMANA EXPERT FISHING CHARTERS, INC.

3. **JASON CARDINALE** was the registered owner of the fishing vessel SAMANA, DO 991370.

4. SAMANA EXPERT FISHING CHARTERS, INC. was the registered owner of the fishing vessel SAMANA, DO 1124677.

5. On December 15, 2009, the U.S. Department of Commerce, National Oceanic and Atmospheric Administration ("NOAA"), issued the following Federal Fisheries Permits to the SAMANA, DO 991370: Atlantic Dolphin/Wahoo Charter/Headboat; Atlantic Dolphin/Wahoo Commercial; King Mackerel (KM-520); South Atlantic Charter/Headboat for Coastal Migratory Pelagics; South Atlantic Charter/Headboat for Snapper-Grouper; South Atlantic Snapper-Grouper, 225LB Trip Limit (SG2-52); and Spanish Mackerel. The permits were effective from December 15, 2009, until November 30, 2011.

6. On December 5, 2011, NOAA, issued the following Federal Fisheries Permits to the SAMANA, DO 991370: Atlantic Dolphin/Wahoo Charter/Headboat; Atlantic Dolphin/Wahoo Commercial; King Mackerel (KM-520); South Atlantic Charter/Headboat for Coastal Migratory Pelagics; South Atlantic Charter/Headboat for Snapper-Grouper; South Atlantic Snapper-Grouper, 225LB Trip Limit (SG2-52); and Spanish Mackerel. The permits were effective from December 5, 2011, until November 30, 2012.

7. On July 30, 2009, NOAA, issued the following Federal Fisheries Permits to the SAMANA, DO 1124677: Atlantic Dolphin/Wahoo Charter/Headboat; Atlantic Dolphin/Wahoo Commercial; King Mackerel (KM-88); South Atlantic Charter/Headboat for Coastal Migratory Pelagics; South Atlantic Charter/Headboat for Snapper-Grouper; and Spanish Mackerel. The permits were effective from August 1, 2009, until July 31, 2010.

8. On July 29, 2010, NOAA, issued the following Federal Fisheries Permits to the SAMANA, DO 1124677: Atlantic Dolphin/Wahoo Charter/Headboat; Atlantic Dolphin/Wahoo Commercial; King Mackerel (KM-88); South Atlantic Charter/Headboat for Coastal Migratory Pelagics; South Atlantic Charter/Headboat for Snapper-Grouper; and Spanish Mackerel. The

permits were effective from August 1, 2010, until July 31, 2011.

9. On August 12, 2011, NOAA, issued the following Federal Fisheries Permits to the SAMANA, DO 1124677: Atlantic Dolphin/Wahoo Charter/Headboat; Atlantic Dolphin/Wahoo Commercial; King Mackerel (KM-88); South Atlantic Charter/Headboat for Coastal Migratory Pelagics; South Atlantic Charter/Headboat for Snapper-Grouper; and Spanish Mackerel. The permits were effective from August 12, 2011, until July 31, 2012.

10. On June 21, 2012, NOAA, issued the following Federal Fisheries Permits to the SAMANA, DO 1124677: Atlantic Dolphin/Wahoo Charter/Headboat; Atlantic Dolphin/Wahoo Commercial; King Mackerel (KM-88); South Atlantic Charter/Headboat for Coastal Migratory Pelagics; South Atlantic Charter/Headboat for Snapper-Grouper; and Spanish Mackerel. The permits were effective from August 1, 2012, until July 31, 2013.

11. "COMPANY A" is a federally permitted fish dealer and state licensed wholesaler headquartered in Port Canaveral, Florida that operated a location in Hobe Sound, Florida, engaged in various aspects of purchasing and selling fish.

12. "COMPANY B" is a federally permitted fish dealer and state licensed wholesaler and retailer in Jupiter, Florida engaged in various aspects of purchasing and selling fish.

13. Beginning on or about December 7, 2009, the SAMANA DO 991370 and SAMANA DO 1124677 were selected to report by the Science and Research Director (SRD) for calendar year 2010, and for each of calendar years 2011 and 2012, thereafter.

## REPORTING REQUIREMENTS

14. Title 50 of the Code of Federal Regulations, Section 622.5, mandated record keeping and reporting requirements for persons engaged in commercial fishing of Coastal migratory pelagic fish,

-3-

South Atlantic snapper-grouper, and Atlantic dolphin and wahoo. 50 C.F.R. § 622.5 further provided, in pertinent part, that owners or operators of commercial fishing vessels were required to submit their reports to the SRD postmarked not later than 7 days after the end of each fishing trip. Alternatively, if no fishing occurred during a calendar month, owners or operators of commercial fishing vessels were required to submit a report stating the same, by postmark not later than 7 days after the end of that month.

## COUNTS 1-12
## False Statement
## (18 U.S.C. § 1001(a)(3))

1. Paragraphs 1 through 14 of the Background section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about the dates listed below with respect to each count, in Palm Beach County, in the Southern District of Florida, and elsewhere, in a matter within the jurisdiction of NOAA, an agency of the executive branch of the Government of the United States, the defendant,

**JASON CARDINALE,**

did knowingly and willfully make and use any false writing and document knowing the false writing and document to contain any materially false, fictitious, and fraudulent statement and entry, in that the defendant executed and submitted to NOAA a No Fishing Reporting Form, for the monthly period and SAMANA vessel indicated with respect to each count, when in truth and in fact, as the defendant then and there and well knew, fishing had occurred in each of those months aboard the identified vessel, said fish being sold to the identified company, on the date(s) provided with respect to each count:

| COUNT | DATE NO FISHING REPORT FILED | REPORT PERIOD | VESSEL | SALE DATE(S) | PURCHASER |
|---|---|---|---|---|---|
| 1 | July 29, 2010 | January 2010 | SAMANA DO 991370 | January 15, 2010 | COMPANY A |
| 2 | July 29, 2010 | January 2010 | SAMANA DO 1124677 | January 24, 2010 | COMPANY A |
| 3 | July 29, 2010 | March 2010 | SAMANA DO 1124677 | March 3 through 7, 2010 | COMPANY A |
| 4 | August 15, 2011 | July 2010 | SAMANA DO 991370 | July 20, 2010 | COMPANY B |
| 5 | August 15, 2011 | August 2010 | SAMANA DO 991370 | August 24, 2010 | COMPANY B |
| 6 | August 15, 2011 | October 2010 | SAMANA DO 991370 | October 9 through 27, 2010 | COMPANY B |
| 7 | August 15, 2011 | November 2010 | SAMANA DO 991370 | November 2, 2010 | COMPANY B |
| 8 | November 28, 2011 | April 2011 | SAMANA DO 991370 | April 7 through 30, 2011 | COMPANY A |
| 9 | November 28, 2011 | May 2011 | SAMANA DO 991370 | May 4 through 30, 2011 | COMPANY A |
| 10 | November 28, 2011 | July 2011 | SAMANA DO 991370 | July 10 through 14, 2011 | COMPANY A |
| 11 | November 28, 2011 | September 2011 | SAMANA DO 991370 | September 5, 2011 | COMPANY A |
| 12 | June 4, 2012 | February 2012 | SAMANA DO 1124677 | February 16 through 24, 2012 | COMPANY A |

In violation of Title 18, United States Code, Sections 1001(a)(3) and 2.

A TRUE BILL

Foreperson

WIFREDO A. FERRER
UNITED STATES ATTORNEY

NORMAN O. HEMMING, III
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| JASON CARDINALE, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | Superseding Case Information: |

**Court Division:** (Select One)

___ Miami  ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect   _____

4. This case will take    _5_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   __No__
   If yes:
   Magistrate Case No.                          _____
   Related Miscellaneous numbers:               _____
   Defendant(s) in federal custody as of        _____
   Defendant(s) in state custody as of          _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

                                    _____
                                    NORMAN C. HEMMING, III
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No./Court No. A5500680

*Penalty Sheet(s) attached                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JASON CARDINALE

**Case No:** _____

**COUNTS 1-12:** False Statements

Title 18, United States Code, Section 1001(a)(3)

**\*Max. Penalty:** 5 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.